IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS JEROME ALFORD,

    Petitioner,                  No. CIV S-09-0169 GGH P

   vs.

KEN CLARK,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is presently incarcerated at California Substance Abuse Treatment Facility in Kings County. He is serving a sentence for a conviction rendered by the Perris Superior Court in Riverside County.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the Central District of California. Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

1

1 | matter is transferred to the United States District Court for the Central District of California.  Id.
2 | at 499 n.15; 28 U.S.C. § 2241(d).
3 | DATED: January 26, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
alfo0169.108a

2